# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CLIFTON B. SAULSBERRY SR.<br>    Plaintiff,<br>v.<br>UNITED PARCEL SERVICE,<br>    Defendant. | Case No.: 2:20-cv-02054-KJD-DJA<br><br>**REPORT AND RECOMMENDATION** |

On November 9, 2020, the Court reviewed Plaintiff's request to proceed *in forma pauperis* and found it to be incomplete. (ECF No. 3). The Court denied it without prejudice and gave Plaintiff an opportunity to file a new application along with a complaint no later than December 9, 2020. *Id.* at 3. The Court indicated that "[f]ailure to comply with this Order will result in a recommendation to the District Judge that this action be dismissed." *Id*. at 2. To date, the Court has not received an amended complaint or any request to extend the deadline for filing one.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED**.

Dated: December 14, 2020

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

1