UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CLIFTON B. SAULSBERRY SR.,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED PARCEL SERVICE,<br><br>　　　　　　　　　　　Defendant. | Case No. 2:20-cv-02054-KJD-DJA<br><br>ORDER |

　　　Before the Court for consideration is the Report Recommendation (#4) of Magistrate Judge Daniel J. Albregts entered December 14, 2020, recommending that Plaintiff's complaint be dismissed for failure to file an updated Application to Proceed In Forma Pauperis and to file a new complaint. Though the time for doing so has passed, Plaintiff has failed to file any objections to the Report and Recommendations.

　　　The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2.  The Court determines that the Report and Recommendation (#4) of the United States Magistrate Judge entered December 14 2020, should be **ADOPTED and AFFIRMED**.

　　　IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#4) entered December 14, 2020, are **ADOPTED and AFFIRMED**;

　　　IT IS FURTHER ORDERED that this action is **DISMISSED**.

Dated this ____27____ day of January, 2021.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Kent J. Dawson
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge